**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NUMBER: 23-MJ-8149-GCS** |
| | ) | |
| **JONATHAN C. VILLMER, JR.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**CRIMINAL COMPLAINT**

I, Bobby Wallace, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Count 1**
**SOLICITATION OF CHILD SEXUAL ABUSE MATERIAL**

From on or about October 17, 2022, until on or about November 09, 2022, in Clinton County, within the Southern District of Illinois,

**JONATHAN C. VILLMER, JR.,**

defendant herein, using facilities of interstate commerce, that is a cellphone connected to the internet, did knowingly solicit using any means or facility of interstate commerce any material or purported material in a manner that reflects the belief, or that is intended to cause another to believe, that the material or purported material is, or contains a visual depiction of an actual minor engaging in sexually explicit conduct, in violation of 18 United States Code, Section 2252A(a)(3)(B) and (b)(1)

**AFFIDAVIT**

I am a Detective with the Jefferson County Sheriff's Department. I have been employed by the Sheriff's Office since May 2015. I have been a Detective in the General Criminal Division since May 2015. In addition to my assignment to the General Criminal Division, I am also designated as a Task Force Officer (TFO) for Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to the Resident Agent in Charge in Springfield, Illinois. I have been so employed since February 2020.

As part of my daily duties as an HSI Task Force Officer and Detective, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have been the Affiant of and participated in the execution of numerous search warrants which involved child exploitation and/or child pornography offenses

The statements contained in this affidavit are based on my investigation as well as information provided to me by other law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1. On December 13, 2022, Officer David Beam of the Carmi Police Department was conducting an otherwise unrelated investigation into the Distribution of Child Sexual Assault Material (CSAM) image by several minor males in the Norris City, Illinois area.

2. During Officer Beam's investigation, he was issued a state search warrant for the contents of a Snapchat account associated with Minor Victim 1. Minor Victim 1 was confirmed to be a 13-year-old female living within the Southern District of Illinois.

3. Snapchat records showed that between October 17, 2022 and November 09, 2022, a conversation took place between Minor Victim 1 and a Snapchat account with the username "tom_pollack". Minor Victim 1 identifies herself as 13 years old. User "tom_pollack" requests the "sexiest" images from Minor Victim 1. On October 31, 2022, user "tom_pollack" sent Minor Victim 1, a photograph of a male from the chest downward in his underwear with an erection. User "tom_pollack" discusses having sex and taking Minor Victim 1's virginity. User "tom_pollack" asks Minor Victim 1 to produce nude images and send them to him to "build trust" and promises not to save them to his phone. On November 5, 2022, user "tom_pollack" sends Minor Victim 1 a message that states "Just take like you did the other and <cat emoji> pics ".

4. In my training and experience, references to "cat" or emojis of a "cat" are often used as code for female genitals.

5. Officer Beam obtained a state Search Warrant for the contents of the Snapchat account associated with the username "tom_pollack".

6. A review of the records identified IP address login/logout information for user "tom_pollack" account as well as an identified "Apple iPhone 11" as the device. The IP addresses were identified as belonging to Frontier Communications. Legal process to Frontier Communications identified the IP address associated with the user "tom_pollack" at the time of the communications with Minor Victim 1 belonged to

account holder Jonathan Villmer located at 409 N 9th Street New Baden, IL 62265-1138. The Frontier Communications account was still currently active.

7. A record check on licensed Illinois drivers identified a Jonathan C. Villmer, with a date of birth of January 25, 1998, with a residence at 409 N. 9th St. New Baden, IL 62265.

8. I obtained a federal search warrant for the residence at 409 N. 9th Street, in New Baden, Illinois, located in the Southern District of Illinois. On August 18, 2023, the search warrant was served at the residence and Jonathan C. Villmer Jr. was located inside the residence. During the search, an Apple iPhone 13 and an Apple iPhone 11, along with other electronic devices, were seized.

9. On August 18, 2023, Jonathan Villmer was taken into custody and transported to New Baden Police Department for an interview. Villmer waived his Miranda rights and confessed to using his Apple iPhone 11 to access the Snapchat application to solicit images of child sexual abuse material from several people he believed to be minors. He stated he used the username “tom_pollack” and “landonmullers”. He further indicated these were the same account, but he changed the display name to “landonmullers” from “tom_pollack”. He confessed to speaking with Minor Victim 1 and stated he received a topless image of her. He then admitted to threatening Minor Victim 1 to send that image out if she did not send him more photos. He admitted that in the message "Just take like you did the other and <cat emoji> pics ", the <cat emoji> meant he wanted a photo of Minor Victim 1’s vaginal area. Villmer described the “thrill of the chase” when requesting sexually explicit images from minors because of the difficulty of obtaining images from minors.

FURTHER YOUR AFFIANT SAYETH NOT

Bobby Wallace, Task Force Officer
Homeland Security Investigations

Alexandria Burns
Assistant United States Attorney

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of August, 2023.

Digitally signed by Judge Sison 2
Date: 2023.08.19 12:00:34 -05'00'

Honorable Gilbert C. Sison
United States Magistrate Judge